IN THE MATTER OF THE PETITION OF ANNIE F. HYDE TO
VACATE AN ASSESSMENT.

(Submitted March 18, 1879 ; decided April 1, 1879.)

Reported below 15 Hun, 477.

*P. A. Hargous* for appellant.

*J. A. Beall* for respondent.

AGREE to reverse order of General Term and to affirm
order of Special Term on authority of *In re Burmeister*,
*ante*, p. 174.

Order reversed.